# Order

**Lansing, Michigan**

February 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160715

ISAIAH STEWARD ROBINSON,
　　　　　Plaintiff-Appellant,

v

SC: 160715
COA: 349842

DEPARTMENT OF CORRECTIONS and
RICHARD A. HANDLON CORRECTIONAL
FACILITY WARDEN,
　　　　　Defendant-Appellee.
_____/

　　　　　On order of the Chief Justice, Appellant having failed to submit a certificate of prisoner account activity as required by the December 20, 2019 letter from the Clerk's Office, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2020



izm

Clerk